IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIC GIDDENS )
) No. 3-12-0521
v. )
)
STANDARD CANDY COMPANY, INC. )

O R D E R

The parties' joint motion to continue (Docket Entry No. 40) is GRANTED. The telephone conference call, scheduled by order entered June 24, 2013 (Docket Entry No. 39), on July 8, 2013, is RESCHEDULED to **Wednesday, July 10, 2013, at 10:00 a.m.,** to be initiated by plaintiff's counsel.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge